JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KESHAV H. PATOLIA, ET AL | ) | CASE NO. SA CV09-1325-DOC(ANx) |
| Plaintiff(s), | ) ) ) | **ORDER OF DISMISSAL FOR LACK OF PROSECUTION** |
| v. | ) | |
| CALIFORNIA RECONVEYANCE COMPANY, ET AL | ) ) ) | |
| Defendant(s). | ) | |

The Court, having issued an Order to Show Cause on February 11, 2010 as to why this action should not be dismissed for lack of prosecution, with a written response due on April 26, 2010, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: August 10, 2010

_____
DAVID O. CARTER
United States District Judge